George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
FREEDOM LAW FIRM, LLC
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Devantae Carter*

Henry H. Kim, Esq.
Nevada Bar No. 14390
COZEN O'CONNOR
1180 North Town Center Drive, Suite 260
Las Vegas, NV 89144
Phone: (702) 470-2333
Facsimile: (702) 470-2360
HenryKim@cozen.com
*Attorneys for Defendant Concora
Credit Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Devantae Carter,<br><br>        Plaintiff,<br><br>      v.<br><br>Equifax Information Services LLC and Concora Credit Inc. dba CB Indigo, FEB Destiny and TBOM MIL,<br><br>        Defendants. | Case No.: 2:26-cv-00014-JCM-MDC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CONCORA CREDIT INC. TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Concora Credit Inc. ("Concora") has requested an extension of time to answer, move or otherwise respond to the Complaint of Plaintiff Devantae Carter ("Plaintiff" and together with Concora, the "Parties"), to which Plaintiff has no opposition. Accordingly, by this stipulation, IT IS HEREBY STIPULATED AND AGREED to by and among

counsel, that Concora's time to answer, move or otherwise respond to the Complaint in this action is extended from January 30, 2026 through and including February 20, 2026.

Concora has requested the extension so that it has a sufficient opportunity to compile, review, and evaluate its business records and other files related to the allegations and claims in the Complaint, and Plaintiff approves.  The extension will also provide the Parties with additional time to continue their discussions regarding the matter and the potential for a resolution of the claims at an early stage of the case.

This stipulation is filed in good faith and not for the purposes of delay.  This is the first request for an extension of this deadline.

Concora has not waived any objection to the venue or jurisdiction of the Court over the person of Concora, or any other challenge to Plaintiff's complaint or other pleadings filed in this case.

Respectfully submitted, this 29th day of January, 2026.

**FREEDOM LAW FIRM, LLC**

By:*/s/ Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
*Attorneys for Plaintiff*

**COZEN O'CONNOR**

By:*/s/ Henry H. Kim*
Henry H. Kim, Esq.
1180 North Town Center Drive, Suite 260
Las Vegas, NV 89144
*Attorneys for Defendant Concora Credit Inc.*

## ORDER

**IT IS SO ORDERED:**

DATED: 2-3-26

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, I electronically filed the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CONCORA CREDIT INC. TO RESPOND TO COMPLAINT**, with the Clerk of the Court by using the CM/ECF system and that foregoing document is being served on all counsel of record identified below via transmission of Notice of Electronic Filing generated by CM/ECF

DATED:  January 29, 2026

/s/ Sherry Harper
A Cozen O'Connor Employee