George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Devantae Carter*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Devantae Carter,<br><br>            Plaintiff,<br>      v.<br><br>Equifax Information Services LLC and Concora Credit Inc. dba CB Indigo, FEB Destiny and TBOM MIL,<br><br>            Defendants. | Case No.: 2:26-cv-00014<br><br>**Stipulation of dismissal of all claims between Plaintiff and Concora Credit Inc. dba CB Indigo, FEB Destiny and TBOM MIL with prejudice** |

_____

STIPULATION                    - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Devantae Carter and Concora Credit Inc. dba CB Indigo, FEB Destiny and TBOM MIL stipulate to dismiss all claims between Plaintiff and Concora Credit Inc. dba CB Indigo, FEB Destiny and TBOM MIL with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 21, 2026.

**FREEDOM LAW FIRM**

 /s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**COZEN O'CONNOR**

/s/ *Henry Kim*
Henry Kim, Esq.
1180 North Town Center Drive Suite 260
Las Vegas, NV 89144
*Counsel for Concora Credit Inc. dba CB Indigo,*
*FEB Destiny and TBOM MIL*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: April 24, 2026 _____

_____

STIPULATION                  - 2 -